In the Matter of the Estate of ANNA HOLMES, Deceased.—

(The

1034

decree appoints an administratrix of decedent's estate and denies a cross-application for letters of administration.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

For additional decisions of January 27, see page 1035.